United States District Court
Southern District of Texas
**ENTERED**
September 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| DONALD WASHINGTON III, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:26-cv-00205 |
| | § | |
| NAVY FEDERAL CREDIT UNION, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On August 17, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 36. Judge Edison filed a memorandum and recommendation on September 1, 2026, recommending that the defendant's motion to dismiss (Dkt. 39) be granted in part and denied in part. Dkt. 47. Specifically, Judge Edison recommended that the plaintiff's claims for DTPA violations and breach of the implied covenant of good faith and fair dealing be dismissed, but that the plaintiff, who is proceeding pro se, be allowed to proceed past the pleading stage on a breach of contract claim.

On September 15, 2026, the plaintiff filed objections to the memorandum and recommendation. Dkt. 52. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections; the memorandum and recommendation; the pleadings; and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1) Judge Edison's memorandum and recommendation (Dkt. 47) is approved and adopted in its entirety as the holding of the court; and

(2) The defendant's motion to dismiss (Dkt. 39) is granted as to the plaintiff's claims for DTPA violations and breach of the implied covenant of good faith and fair dealing but denied as to the plaintiff's breach of contract claim.

SIGNED on Galveston Island this 16th day of September, 2026.

Jeff Brown

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE